IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARINOS GELARDOS, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:11CV425–HEH
)
A. WHITTINGTON, *et al.*, )
)
    Defendants. )

## ORDER
(Adopting Report and Recommendation and Dismissing
Claims Against Defendants Meador and Pruett)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that: the Report and Recommendation is ACCEPTED and ADOPTED; all claims against Defendants Meador and Pruett are DISMISSED; the action SHALL PROCEED with Gelardos's claim against Defendant Whittington; Gelardos's Motion for Injunction (Dk. No. 12) is DENIED.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

                                                             /s/
                                          HENRY E. HUDSON
Date: March 8, 2012               UNITED STATES DISTRICT JUDGE
Richmond, Virginia